# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DAVID KAPLAN, Individually and on behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>PORSCHE FINANCIAL SERVICES, a Delaware Corporation; PORSCHE LEASING LTD., a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No.: 2:17-cv-03405-AB (PLA)<br><br>**ORDER RE:**<br><br>**STIPULATED PROTECTIVE ORDER** |

Pursuant to the Stipulated Protective Order filed in conjunction with this document January 29, 2018, and good cause being shown thereby, it is hereby ORDERED that the Stipulated Protective Order is approved.

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated:  January 30, 2018

_____
Hon. Paul L. Abrams
UNITED STATES MAGISTRATE JUDGE